IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| EVA JEANETH GUALLAN GUALLAN, | * | |
| Petitioner, | * | Case No. 8:26-cv-00818-DLB |
| v. | * | |
| KRISTI NOEM, *et al.*, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) (the "Petition") filed by Petitioner Eva Jeaneth Guallan Guallan, the Joint Notice filed by the Parties (ECF No. 6), the entire record in this case, and good cause having been shown, it is this  3rd  day of March, 2026, by the United States District Court for the District of Maryland, hereby,

**ORDERED**, that the Petition is **GRANTED IN PART**, insofar as I find that Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1. Petitioner is detained under 8 U.S.C. § 1226(a) and Respondents are **ENJOINED** from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d), and a bond hearing shall be held within 10 days of Petitioner's filing of a motion with the Immigration Court with a meaningful consideration by the immigration judge of the applicable, relevant factors;

3. If bond is granted and Petitioner is released, nothing in this Court's Order precludes Immigration and Customs Enforcement from imposing reasonable conditions of release; and

2

     4.     The Parties **SHALL PROVIDE** the Court with a Status Report within 14 days of the date of this Order; and it is further,

     **ORDERED**, that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this Order.

_____
Judge Deborah L. Boardman
United States District Court for the District of Maryland

2